IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Action No. 2:19-CR-196 |
| | ) | |
| | ) | |
| MARK ADAM BURKE | ) | |

MOTION FOR HEARING ON PRE-TRIAL RELEASE

COMES NOW the defendant, by and through undersigned counsel, and moves this Honorable Court to set a hearing to determine whether Defendant should be granted pre-trial release.

Counsel attaches his affidavit hereto in support of this motion.

Respectfully Submitted,

*s/Donald E. Spurrell*
Donald E. Spurrell, BPR# 012810
128 East Market Street
Johnson City, TN 37604
Telephone:(423) 926-9421
Facsimile: (888) 526-1020

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,
s*/Donald E. Spurrell*