IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,    )
    )
v.    )    Action No. <u>2:19-CR-196</u>
    )
    )
MARK ADAM BURKE    )

<u>AFFIDAVIT IN SUPPORT OF
MOTION FOR HEARING ON
PRE-TRIAL RELEASE</u>

I, Donald E. Spurrell, counsel to Mark Adam Burke, do hereby depose and say as follows:

Defendant's initial appearance was on January 13, 2020, at which time defendant waived an immediate hearing upon the expectation the issue of detention may be renewed later.

On April 17, 2020, Defendant filed a Motion for a hearing on pre-trial release but on April 28, 2020, filed a motion that the hearing be continued to a later date. Defendant now wishes to present his motion for pre-trial release.

Further Deponent saith not.

Respectfully Submitted,

<u>s/Donald E. Spurrell</u>
Donald E. Spurrell, BPR# 012810
128 East Market Street
Johnson City, TN 37604
Telephone:(423) 926-9421
Facsimile: (888) 526-1020
Email: donspurrell@mac.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 15th day of September 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Respectfully Submitted,
s/*Donald E. Spurrell*